

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WESLEY FREEMAN SMALLWOOD, | § | No. 08-12-00215-CR |
| Appellant, | § | Appeal from the |
| v. | § | 196th District Court |
| | § | |
| THE STATE OF TEXAS, | § | of Hunt County, Texas |
| | § | |
| Appellee. | § | (TC#27738) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF AUGUST, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.